City of Chicago, appellee, v. John B. Donaldson, appellant. Gen. No. 27,229.

Prosecution for a breach of the peace. Defendant convicted. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed. Opinion filed November 29, 1922.

John A. Ulrich, for appellant. Samuel A. Ettelson and Louis P. Piquett, for appellee; Daniel Webster, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

Frederick Partie, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 27,238.

Action for personal injuries received by plaintiff while attempting to board defendants' car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed and remanded. Thomson, P. J., dissenting. Opinion filed November 29, 1922.

Charles Le Roy Brown, for appellants; John R. Guilliams, Frank L. Kriete and Warner H. Robinson, of counsel. Charles C. Spencer, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Israel Berger and Tillie Berger, plaintiffs in error, v. Bessie Berger et al., defendants in error.

Bessie Berger, defendant in error, v. Israel Berger et al., plaintiffs in error. Gen. No. 26,982.

Suit to restrain defendant from ousting complainants under a judgment for possession of certain property and for an accounting and reconveyance of certain real estate. Cross-bill for removal of a cloud on title. Decree for defendant on her cross-bill. Original bill dismissed. Error to the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed November 29, 1922.

Edward H. Morris and James B. Cashin, for plaintiffs in error. William Slack and Abram E. Adelman, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.

---

C. W. Howe, trading as C. W. Howe and Company, appellee, v. Steger and Sons Piano Manufacturing Company, appellant. Gen. No. 27,217.

Action for commission on orders for phonograph cabinets secured by plaintiff and accepted by defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Reversed and remanded. Opinion filed November 29, 1922.

Mayer, Meyer, Austrian & Platt and Simon T. Sutton, for appellant. A. D. Gash, for appellee.

Mr. Justice Taylor delivered the opinion of the court.